**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMIE GITTEMEIER**<br>　　Plaintiff,<br>v.<br><br>**LIBERTY MUTUAL PERSONAL**<br>**INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)　　Case No.: **4:24-cv-01236-JAR**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ERRATA

**COMES NOW** Defendant Liberty Mutual Personal Insurance Company ("Liberty Mutual"), by and through undersigned counsel, Ellen Jean Brooke, and respectfully submits the following Notice of Errata.

1. On July 15, 2025, Defendant filed its Second Motion for Summary Judgment.

2. Amongst the cases Defendant relies on in support of Summary Judgment, _Goodman v. Allstate Fire & Casualty Insurance Co_**.,** 2023 WL 5667909 (W.D. Mo. July 26, 2023) and _Chaudhri v. State Auto_ 2019 WL 1519307 (W.D. Mo. April 8, 2019) were miscited in ECF Document No. 48 as:

    a. _Goodman v. Liberty Mut. Fire Ins. Co.,_ 2002 WL 4534416, at *6-7 (E.D. Mo. Sept. 28, 2022).

    b. _Chaudhri v State Auto Prop. & Cas. Ins. Co.,_ 2022 WL 4596697 (E.D. Mo. Sept 30, 2022).

3.       Though the correct facts and law of both <u>Goodman</u> and <u>Chaudhri</u> (both recent slip opinions from the USDC Western District) were argued and applied within the substantive arguments of Liberty's Memo of Law [ECF Document No. 48], they were incorrectly cited, in error.

4.       Full copies of both <u>Goodman v. Allstate</u> and <u>Chaudhri v. State Auto</u>, as well as the other cases on which Defendant relies, were attached to the Supplemental Facts in Support [ECF Document No. 49], and again here, to ensure both this Court and the Plaintiff had ready access to analysis the actual, correct cases *in their entirety*. This was done as a safeguard as the undersigned continues with vision impairment.

5.       These errors were typographical and/or unintended and were in no way intentional. These errors were not intended to mislead or confuse this Honorable Court or our esteemed opposing counsel and/or his client.

6.       The undersigned offers her sincerest apologies for the errors. There was no intention of misleading this Court or Counsel by fabricating or intentionally misciting the current and on-point authority relied upon.

**WHEREFORE**, Liberty Mutual respectfully submits this Notice to correct the record and apologizes to the Court this oversight.

2

Respectfully submitted,

**RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION L.L.C.**

_____
Ellen Jean Brooke                              #58901MO
Katherine M. Smith                           #57881MO
500 N. Broadway, Suite 1550
St. Louis, Missouri 63102
(314) 421-4430
(314) 421-4431 (FAX)
E-Mail: ebrooke@rssclaw.com
            ksmith@rssclaw.com
*Attorneys for Defendant Liberty Mutual*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2025, the foregoing document was filed electronically by operation of the Court's electronic filing system.

                                                            /s/ Ellen J. Brooke
                                                    _____

3