UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JAMIE GITTEMEIER** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cv-01236-JAR |
| | ) |
| **LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## DEFENSE COUNSEL'S RECEIPT AND ACKNOWLEDGEMENT OF THE COURT'S SHOW CAUSE ORDER DATED OCTOBER 16, 2025

COMES NOW Ellen Jean Brooke, counsel for the Defendant and in response to the Court's Show Cause Order of October 16, 2025, states as follows:

The undersigned respects the Court's grave concerns regarding the integrity of filings submitted in its courtroom, especially with new technology. Counsel hereby attests that the errors identified were human errors committed by her and her alone, and not the result of non-attorney researchers or AI—none of which counsel utilizes for legal research.

Counsel deeply regrets taking up the Court's (and opposing counsel's) valuable time. But she believes the Court will find the errors/flawed citations were in no way intentional disobedience or a willful disregard for this Honorable Court, a court before which the undersigned has practiced, without incident before or since for nearly two decades.

In anticipation of the upcoming Show Cause hearing, the undersigned would like to attest to his Honorable Court that the cases on which she relied are not non-existent or made up. They are real, applicable cases that she has studied, cited, and argued many times over—albeit, improperly cited in this case. A copy of the referenced case law is attached. Counsel is in no way

1

suggesting this is a substitute for proper citations or an excuse for bad ones, but she believes it demonstrates she did not manufacture, misrepresent the law or try to mislead this Honorable Court.

Counsel will present herself to this Honorable Court and answer any and all questions on her use/intended use, knowledge of the cases relied on and as well as any other questions to further demonstrate that the errors were wholly inadvertent and not a result of disobedience or sign of disrespect to this Court or opposing counsel. She will also present her Westlaw history report for the relevant time period for the Court's inspection and be prepared to discuss her knowledge and use of the attendant cases—regardless of her inability to cite and quote them properly *in this case*.

Respectfully submitted,

**RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION L.L.C.**

_____
Ellen Jean Brooke                    #58901MO
Katherine M. Smith                   #57881MO
500 N. Broadway, Suite 1550
St. Louis, Missouri 63102
(314) 421-4430
(314) 421-4431 (FAX)
E-Mail: ebrooke@rssclaw.com
           ksmith@rssclaw.com
*Attorneys for Defendant Liberty Mutual*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of October, 2025, the foregoing document was filed electronically by operation of the Court's electronic filing system.

                                                                     */s/ Ellen J. Brooke*