# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE GITTEMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24CV1236 JAR |
| | ) |
| LIBERTY MUTUAL | ) |
| PERSONAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant shall file any response to Plaintiff's motion to remand (Doc. 66) by **12 p.m.** on **Monday, November 24, 2025**.

Dated this 18th day of November, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE