**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMIE GITTEMEIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24CV1236 JAR |
| | ) | |
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff Jamie Gittemeier's affidavit of attorneys' fees [ECF No. 87]. The Court will allow Defendant Liberty Mutual Personal Insurance Company until Wednesday, December 3, 2025 to respond to Plaintiff's documentation in support of an award of attorney fees.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant has until Wednesday, December 3, 2025 to respond to Plaintiff's documentation in support of an award of attorney fees.

Dated this 1st day of December, 2025.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE