# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE GITTEMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24CV1236 JAR |
| | ) |
| LIBERTY MUTUAL PERSONAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon review, the Court finds that Plaintiff Jamie Gittemeier's Rule 41(a)(2) motion to dismiss [ECF No. 105] and motion to remand [ECF No. 66] – both of which the Court denied – appear so baseless and frivolous that Rule 11(b) sanctions must be considered. On the morning of the scheduled trial of this action, the Court will provide Plaintiff the opportunity to show cause why sanctions should not be imposed pursuant to Rule 11(b).

Accordingly,

**IT IS HEREBY ORDERED** that a hearing requiring Plaintiff to show cause why sanctions should not be imposed pursuant to Rule 11(b) is scheduled for **Monday, December 8, 2025, at 8:30 A.M. in Courtroom 3N**. Counsel for each party along with Plaintiff Jamie Gittemeier are directed to attend the hearing.

Dated this 5th day of December, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE