**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMIE GITTEMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24CV1236 JAR |
| ) | |
| LIBERTY MUTUAL PERSONAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff Jamie Gittemeier's affidavit of attorney fees [ECF No. 87]. Defendant Liberty Mutual Personal Insurance Company responded to Plaintiff's documentation in support of an award of attorney fees, asking the Court to reduce Plaintiff's requested fee award [ECF No. 100].

The Court has considered Plaintiff's documentation in support and Defendant's arguments in opposition and finds that the award requested by Plaintiff is appropriate. Defendant argues that since the Court did not adopt Plaintiff's allegations of intentional misconduct, improper purposes, fabricated authority, bad faith, or AI-generated briefing, the fee award should be correspondingly more limited. Upon review of Plaintiff's time entries, however, it is clear that the fees were related to researching the citation errors, along with the erroneous quotations, and preparing and defending the motion for sanctions. The Court's November 17, 2025 order [ECF No. 65] granted Plaintiff's motion for sanctions because the citation errors evinced egregious human error and recklessness. In the Court's view, therefore, Plaintiff's motion for sanctions was substantially proven. The fact that the Court's order gave the benefit of the doubt to Defendant's counsel that AI or intentional misconduct was not involved is inapposite. As such, the time entries reflected in Plaintiff's

affidavit reasonably relate to the substantial success of the motion for sanctions. The Court finds that the expenses referenced in the affidavit totaling $3,725.00 directly result from the violation, and Plaintiff's requested award of attorney fees is reasonable and warranted pursuant to Federal Rule of Civil Procedure 11(c)(4).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Liberty Mutual Personal Insurance Company is ordered to pay Plaintiff Jamie Gittemeier attorney fees in the amount of $3,725.00 no later than Thursday, December 18, 2025.

Dated this 8th day of December, 2025.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE